No. 09-10991. Matthew Eric Mann, Petitioner v. United States.

561 U.S. 1034, 130 S. Ct. 3525, 177 L. Ed. 2d 1106, 2010 U.S. LEXIS 5397.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 592 F.3d 779.